FILED
2026 Jul-02  PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:26-cv-103-LCB-JHE** |
| | ) | |
| **ALDO OSIEL DE BLAS-SALAZAR** | ) | |
| | ) | |

## ORDER

On May 27, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge John H. England, III. A Report and Recommendation was filed on May 26, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this July 2, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE